UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| JOSEPH POPPELL; K.L.M., through her Next of friend, JOSEPH POPPELL, ET AL )<br><br>Plaintiffs,<br><br>vs.<br><br>CARDINAL HEALTH, INC., ET AL<br><br>Defendants | CIVIL ACTION NO. 2:19-CV-00064-LGW-BWC |

## NOTICE OF FILING

COME NOW Rainbow Drug Store, Inc., Richard D. Griffis, Jr. and Richard D. Griffis, III, Defendants in the above captioned action, by and through its undersigned counsel, and hereby files this Notice of Filing Joint Stipulation Setting Defendants Rainbow Drug Store, Inc., Richard D. Griffis, Jr., and Richard D. Griffis, III's Deadline to Respond to Plaintiff's Complaint and Plaintiff's Discovery Requests.

This 22nd day of May, 2019.

Respectfully submitted,

LEWIS BRISBOIS BISGAARD & SMITH LLP
/Jeffrey Ward
Jeffrey Ward
Georgia Bar No. 737277

24 Drayton Street, Suite 300
Savannah, Georgia 31401

*Counsel for Defendants Rainbow Drug Store, Inc., Richard d. Griffis, Jr., and Richard D. Griffis, III*

4851-6822-9269.1

# CERTIFICATE OF SERVICE

A true and correct copy of the foregoing **Notice of Filing** has been served upon Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to Plaintiff's counsel and all counsel for defendants on this 22nd day of May, 2019:

John E. Floyd, Esq.
Benjamin E. Fox, Esq.
Steven J. Rosenwasser, Esq.
Manoj S. Varghese, Esq.
Bondurant, Mixson & Elmore, LLP
1201 W. Peachtree Street, NW
3900 One Atlantic Center
Atlanta, Georgia 30309

Ronald E. Harrison, II, Esq.
The Harrison Firm
1621 Reynolds Street
Brunswick, Georgia 31520

James D. Durham, Esq.
Savage Turner Durham, Pickney & Savage
102 E. Liberty Street, 8th Floor
Savannah, Georgia 31401

Christopher W. Madel, Esq.
Madel, PA
800 Pence Building
800 Hennepin Avenue
Minneapolis, MN 55403

*(Signature on following page)*

This 22nd day of May, 2019.

                                              Respectfully submitted,

                                              LEWIS BRISBOIS BISGAARD & SMITH LLP
                                              /Jeffrey Ward
                                              Jeffrey Ward

24 Drayton Street, Suite 300         Georgia Bar No. 737277
Savannah, Georgia 31401

                                            *Counsel for Defendants Rainbow Drug Store, Inc., Richard d. Griffis, Jr., and Richard D. Griffis, III*

FILED
GLYNN CO. CLERK'S OFFICE
5/20/2019 5:20 PM

CLERK SUPERIOR COURT

IN THE SUPERIOR COURT OF GLYNN COUNTY
STATE OF GEORGIA

| | |
|---|---|
| JOSEPH POPPELL; K.L.M., through her next friend, JOSEPH POPPELL; MADISON MILLER; J.B., through his next friend, TAMMY BAILEY; B.M., through his next friend, TAMMY BAILEY; K.M.M., through her next friend, TAMMY BAILEY; BRYSON GUEST; J.G., through his next friend, BRYSON GUEST; M.G., through his next friend, BRYSON GUEST; K.L.H., through her next friend, PATRICIA SMITH; A.G., through her next friend, PATRICIA SMITH; S.G., through her next friend, PATRICIA SMITH; K.G.H., through her next friend, PATRICIA SMITH; PATRICIA SMITH on behalf of the ESTATE OF BENTLEY TURNER; S.T., through his next friend, PATRICIA SMITH; CHREI JONES; A.T., through her next friend, MEMORIE TINDALL; R.T., through her next friend, MEMORIE TINDALL; E.T., through her next friend, MEMORIE TINDALL; MEMORIE TINDALL; M.T., through her next friend, WENDI TURNER, M.W., through her next friend, PATRICIA HAYTHORN, and PATRICIA HAYTHORN,<br><br>Plaintiffs,<br><br>v.<br><br>CARDINAL HEALTH, INC., CARDINAL HEALTH 108, LLC; CARDINAL HEALTH 110, LLC; CARDINAL HEALTH 112, LLC; CARDINAL HEALTH 113, LLC; CARDINAL HEALTH 116, LLC; CARDINAL HEALTH 200, LLC; CARDINAL HEALTH 414, LLC; McKESSON CORPORATION; McKESSON DRUG COMPANY, LLC; McKESSON MEDICAL-SURGICAL, INC.; McKESSON MEDICAL-SURGICAL MINNESOTA SUPPLY, INC.; J M SMITH CORPORATION; G & H PHARMACY, INC.; AGAPE PRESCRIPTIONS "R" US, INC.; JANICE ANN COLTER; CHRISTOPHER GREY MAY; WOODBINE PHARMACY, INC.; SABRA L. MADDOX; ALAN M. JONES; CAREY B. JONES; RAINBOW DRUG STORE, INC.; RICHARD D. GRIFFIS, JR.; RICHARD D. GRIFFIS, III; and CHARLES ROBERT LOTT.<br><br>Defendants. | Civil Action File<br>No. CE19-00472<br><br><br><br><br>JURY TRIAL<br>DEMANDED |

**JOINT STIPULATION SETTING DEFENDANTS RAINBOW DRUG STORE, INC., RICHARD D. GRIFFIS, JR., AND RICHARD D. GRIFFIS, III'S DEADLINE TO RESPOND TO PLAINTIFFS' COMPLAINT AND PLAINTIFFS' DISCOVERY REQUESTS**

1768048.1

Defendants Rainbow Drug Store, Inc., Richard D. Griffis, Jr., and Richard D. Griffis, III ("Defendants") were each properly served with the Complaint and Summons in this action on or before April 22, 2019. On the same date they each were served, Defendants also received Plaintiffs' First Interrogatories and Plaintiffs' First Requests for Production of Documents to each of them ("Plaintiffs' Discovery Requests"). Pursuant to O.C.G.A. § 9-11-6(b), Plaintiffs and Defendants agree to extend the time within which Defendants must answer and/or otherwise respond to Plaintiffs' Complaint to June 18, 2019. Further, Plaintiffs and Defendants agree that Defendants will answer Plaintiffs' Discovery Requests by the earlier of August 18, 2019 or 10 days after the Court rules on any Motion to Dismiss that Defendants have filed.

Respectfully submitted this 22th day of May, 2019.

Jeffrey Ward
LEWIS BRISBOIS
24 Drayton Street, Suite 300
Savannah, Georgia 31401

*Attorneys for Defendants Rainbow Drug Store, Inc., Richard D. Griffis, Jr., and Richard D. Griffis, III*

John E. Floyd
Georgia Bar No. 266413
floyd@bmelaw.com
Benjamin E. Fox
Georgia Bar No. 329427
fox@bmelaw.com
Steven J. Rosenwasser
Georgia Bar No. 614908
rosenwasser@bmelaw.com
Manoj S. Varghese
Georgia Bar No. 734668
varghese@bmelaw.com
**BONDURANT, MIXSON & ELMORE, LLP**
1201 W. Peachtree Street, NW
3900 One Atlantic Center
Atlanta, Georgia 30309
Telephone: (404) 881-4100
Facsimile: (404) 881-4111

James D. Durham
Georgia Bar No. 235515
jdurham@savagelawfirm.net
**SAVAGE TURNER DURHAM**

17680481

PICKNEY & SAVAGE
102 E. Liberty Street, 8th Floor
Savannah, GA 31401
T: 912-231-1140
F: 912-231-9157

Christopher W. Madel
Georgia Bar No. 641270
cmadel@madellaw.com
MADEL, PA
800 Pence Building
800 Hennepin Ave.
Minneapolis, MN 55403
T: 612-605-0630
F: 612-326-9990

Ronald E. Harrison II, Esq.
Georgia Bar No. 333270
thf@theharrisonlawfirm.net
THE HARRISON FIRM
1621 Reynolds Street
Brunswick, GA 31520
T: 912-264-3035
F: 912-264-3138

*Attorneys for Plaintiffs*

17680481.1