UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | | |
|---|---|---|
| JOSEPH POPPELL; K.L.M., through her Next of friend, JOSEPH POPPELL, ET AL | ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | CIVIL ACTION NO. 2:19-CV-00064-LGW-BWC |
| CARDINAL HEALTH, INC., ET AL | ) ) | |
| Defendants | ) | |

**<u>CONSENT MOTION & PROPOSED ORDER</u>**

COME NOW Plaintiffs and Defendants Rainbow Drug Store, Inc., Richard D. Griffis, Jr. and Richard D. Griffis, III in the above captioned action, by and through their undersigned counsel, and file this Consent Motion to extend these Defendants time to answer, move or otherwise respond to Plaintiffs, Complaint until June 18, 2019.  Additionally, these Defendants will answer Plaintiffs' First Discovery Requests by the earlier of August 18, 2019 or ten (10) days following the Court ruling on any motion to dismiss.

This 23rd day of May, 2019.

*Signatures on Next Page*

4851-6822-9269.1

Respectfully submitted,

SAVAGE TURNER DURHAM, PICKNEY & SAVAGE

/s/ James D. Durham
James D. Durham, Esq.
Georgia Bar No. 235515

102 E. Liberty Street, 8th Floor
Savannah, Georgia  31401

*Counsel for Plaintiffs*


LEWIS BRISBOIS BISGAARD & SMITH LLP

/s/Jeffrey S. Ward
Jeffrey Ward
Georgia Bar No. 737277

24 Drayton Street, Suite 300
Savannah, Georgia 31401

*Counsel for Defendants Rainbow Drug Store, Inc., Richard d. Griffis, Jr., and Richard D. Griffis, III*

# CERTIFICATE OF SERVICE

A true and correct copy of the foregoing *Consent Motion & Proposed Order* has been served upon Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to Plaintiff's counsel and all counsel for defendants on this 23rd day of May, 2019:

| | |
|---|---|
| John E. Floyd, Esq.<br>Benjamin E. Fox, Esq.<br>Steven J. Rosenwasser, Esq.<br>Manoj S. Varghese, Esq.<br>Bondurant, Mixson & Elmore, LLP<br>1201 W. Peachtree Street, NW<br>3900 One Atlantic Center<br>Atlanta, Georgia  30309 | James D. Durham, Esq.<br>Savage Turner Durham, Pickney & Savage<br>102 E. Liberty Street, 8th Floor<br>Savannah, Georgia  31401<br><br>Christopher W. Madel, Esq.<br>Madel, PA<br>800 Pence Building<br>800 Hennepin Avenue<br>Minneapolis, MN  55403 |
| Ronald E. Harrison, II, Esq.<br>The Harrison Firm<br>1621 Reynolds Street<br>Brunswick, Georgia  31520 | |

This 23rd day of May, 2019.

                                                Respectfully submitted,

                                                LEWIS BRISBOIS BISGAARD & SMITH LLP

                                                /s/Jeffrey S. Ward
                                                Jeffrey Ward
24 Drayton Street, Suite 300          Georgia Bar No. 737277
Savannah, Georgia 31401

                                                *Counsel for Defendants Rainbow Drug Store, Inc., Richard d. Griffis, Jr., and Richard D. Griffis, III*

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| JOSEPH POPPELL; K.L.M., through her Next of friend, JOSEPH POPPELL, ET AL ) ) ) Plaintiffs, ) ) vs. ) ) CARDINAL HEALTH, INC., ET AL ) ) Defendants ) | CIVIL ACTION NO. 2:19-CV-00064-LGW-BWC |

## **ORDER**

The parties consent motion to extend time for Defendants Rainbow Drug Store, Inc., Richard D. Griffis, Jr. and Richard D. Griffis, III to move, answer or otherwise respond to Plaintiffs' Complaint having come before the Court, it is hereby ORDERED that the motion is GRANTED.  These Defendants shall have until June 18, 2019 to respond to Plaintiffs' Complaint and until August 18, 2019 or ten (10) days after the Court's ruling on any motion to dismiss to respond to Plaintiffs' first discovery requests; whichever occurs earlier.

This _____ day of May, 2019.

_____
Judge
USDC Southern District of Georgia
Brunswick Division