# United States District Court
## *Southern District of Georgia*

POPPELL et al

# NOTICE

V.

CARDINAL HEALTH, INC. et al

CASE NUMBER: CV219-64

TYPE OF CASE:  ☒ CIVIL  ☐ CRIMINAL

☒ TAKE NOTICE that a proceeding in this case has been set for the place date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| Federal Courthouse<br>801 Gloucester Street<br>Brunswick, GA | Courtroom 1 |
| | DATE AND TIME<br>06/04/2019 at 11:00 am |

TYPE OF PROCEEDING

Motion Hearing

☐ TAKE NOTICE that a proceeding in this case has been continued as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO, DATE AND TIME |
|---|---|---|
| | | |

Scott L. Poff

U.S. MAGISTRATE JUDGE OR CLERK OF COURT

05/28/2019

DATE

s/ Whitney Sharp

(BY) DEPUTY CLERK

Phone No. 912-658-6667

To   All Counsel of Record
     CSO's

GAS Rev 2/5/02