# In the United States District Court for the Southern District of Georgia Brunswick Division

JOSEPH POPPELL, *et al.*

    Plaintiffs,

v.

CARDINAL HEALTH INC., *et al.*

    Defendants.

CV 2:19-064

### ORDER

Before the Court is Plaintiffs' Motion for Immediate Hearing Under Local Rule 7.7, dkt. no. 21. This Motion also requests an expedited briefing schedule on Plaintiffs' Motion to Remand. For good cause shown, the Court **GRANTS** Plaintiffs' Motion. Defendants shall have until Monday, June 3, 2019 to respond to Plaintiffs' Motion to Remand, dkt. no. 20. A hearing on Plaintiffs' Motion to Remand is set for Tuesday, June 4, 2019, at 11:00 a.m. at the Federal Courthouse in Brunswick, Georgia.

**SO ORDERED**, this 28th day of May, 2019.

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)