# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

## CLERK'S MINUTES - GENERAL

CASE NO. **CV219-64**  
TITLE **Poppell et al v. Poppell et al**  
TIMES **11:08 - 11:45**

DATE **06/04/2019**  
TOTAL **37 Minutes**

Honorable: **Lisa Godbey Wood, U. S. District Court Judge**  
Court Reporter: **Debra Gilbert**  
Courtroom Deputy: **Whitney Sharp**  
Interpreter:

**Attorney for Plaintiff**
- Benjamin Fox
- John Floyd
- Manoj Varghese
- James Durham

**Attorney for Defendant(s)**
- Christopher Wiech
- Cody Wigington
- Derek Bauer
- John Tatum
- John Haggerty
- Matthew Moffett
- Alan Tucker
- Robert Evans
- J. Smith
- Jeffery Ward

**Defendant(s)**

PROCEEDINGS: **Sentencing**

☑ In Court  
☐ In Chambers

Case called for hearing and counsel present for all parties.
Plaintiff 11:11 - 11:29 / Cardinal Defendants (Wiech) 11:30 - 11:40
The Court find that the case should be remanded and is remanded back to the Superior Court of Glynn County. Written order to follow.