IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| JOSEPH POPPELL, ET AL., ) | |
| ) | |
|     Plaintiffs, ) | Civil Action No. 2:19-cv-00064-LGW-BWC |
| ) | |
| v. ) | |
| ) | |
| CARDINAL HEALTH, INC., ET AL., ) | |
| ) | |
|     Defendants. ) | |

**MOVING DEFENDANTS' NOTICE OF INTENT TO FILE REPLY BRIEF**

COME NOW Moving Defendants Cardinal Health, Inc., Cardinal Health 108, LLC, Cardinal Health 110, LLC, Cardinal Health 112, LLC, Cardinal Health 113, LLC, Cardinal Health 116, LLC, Cardinal Health 200, LLC Cardinal Health 414, LLC, McKesson Corporation, McKesson Drug Company, LLC, McKesson Medical-Surgical, Inc., and McKesson Medical-Surgical Minnesota Supply, Inc., through counsel, and pursuant to S.D. Ga. Local Rule 7.6, respectfully notify the Court and Clerk of their intention to file a reply to Plaintiffs' Response to Moving Defendants' Motion to Reopen Case and For Relief Pursuant to Rule 60(b)(3) (Doc. 57).

Respectfully submitted this 21st day of June, 2019.

                                                            */s/ Cody S. Wigington*
                                                            S. Derek Bauer (*admission application forthcoming*)
                                                            (Georgia Bar No. 042537)
                                                            Christopher A. Wiech (*admission application forthcoming*)
                                                            (Georgia Bar No. 757333)
                                                            Cody S. Wigington
                                                            (Georgia Bar No. 653519)
                                                           Jacqueline T. Menk (*admission application forthcoming*)
                                                            (Georgia Bar No. 728365)
                                                           BAKER & HOSTETLER LLP
                                                           1170 Peachtree Street, Suite 2400

Atlanta, Georgia 30309-7676
Telephone:    (404) 459-0050
Facsimile:    (404) 459-5734
dbauer@bakerlaw.com
cwiech@bakerlaw.com
cwigington@bakerlaw.com
jmenk@bakerlaw.com

*Counsel for Cardinal Health, Inc., Cardinal Health 108, LLC, Cardinal Health 110, LLC, Cardinal Health 112, LLC, Cardinal Health 113, LLC, Cardinal Health 116, LLC, Cardinal Health 200, LLC Cardinal Health 414, LLC*


**HUNTER, MACLEAN, EXLEY & DUNN, P.C.**
*/s/ John M. Tatum*
John M. Tatum
Georgia Bar No. 699000
200 East Saint Julian Street
Post Office Box 9848
Savannah, Georgia 31412-0048
(912) 236-0261
(912) 236-4936 (facsimile)
Email: jtatum@huntermaclean.com


**KREVOLIN & HORST, LLC**
Halsey G. Knapp, Jr. (admission pending)
Georgia Bar No. 425320
Adam M. Sparks (admission application forthcoming)
Georgia Bar No. 341578
1201 W. Peachtree Street, N.W.
Suite 3250, One Atlantic Center
Atlanta, Georgia 30309
(404) 888-9700
(404) 888-9577 (facsimile)
Email: hknapp@khlawfirm.com
Email: sparks@khlawfirm.com

*Attorneys for McKesson Corporation; McKesson Drug Company, LLC; McKesson Medical-Surgical, Inc.; and McKesson Medical-Surgical Minnesota Supply, Inc.*

2

## CERTIFICATE OF SERVICE

I hereby certify that on June 21, 2019, I caused a copy of the foregoing to be filed electronically through this Court's electronic filing system, and, as such, notice of such filing should be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

*/s/ Cody S. Wigington*
Cody S. Wigington
(Georgia Bar No. 653519)
BAKER & HOSTETLER LLP
1170 Peachtree Street, Suite 2400
Atlanta, Georgia 30309-7676
Telephone:    (404) 459-0050
Facsimile:    (404) 459-5734
cwigington@bakerlaw.com

*Counsel for Cardinal Health, Inc., Cardinal Health 108, LLC, Cardinal Health 110, LLC, Cardinal Health 112, LLC, Cardinal Health 113, LLC, Cardinal Health 116, LLC, Cardinal Health 200, LLC Cardinal Health 414, LLC*