IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| JOSEPH POPPELL, ET AL., | ) |
| | ) |
| Plaintiffs, | ) Civil Action No. 2:19-cv-00064-LGW-BWC |
| | ) |
| v. | ) |
| | ) |
| CARDINAL HEALTH, INC., ET AL., | ) |
| | ) |
| Defendants. | ) |

**MOVING DEFENDANTS' REQUEST FOR ORAL HEARING ON MOTION TO REOPEN CASE AND JOINT MOTION FOR RELIEF FROM REMAND ORDER PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 60(b)(3)**

Under Local Rule 7.2, The Moving Defendants[1] hereby request an oral hearing on their Motion to Reopen Case and Joint Motion for Relief from Remand Order Pursuant to Federal Rule of Civil Procedure 60(b)(3) [Dkt. No. 55]. The Moving Defendants estimate the time required for presentation of evidence and argument will be 90 minutes.

June 28, 2019                     */s/ S. Derek Bauer*
                                  S. Derek Bauer (*admitted pro hac vice*)
                                  (Georgia Bar No. 042537)
                                  Christopher A. Wiech (*admitted pro hac vice*)
                                  (Georgia Bar No. 757333)
                                  Cody S. Wigington
                                  (Georgia Bar No. 653519)
                                  BAKER & HOSTETLER LLP
                                  1170 Peachtree Street, Suite 2400
                                  Atlanta, Georgia 30309-7676
                                  Telephone:    (404) 459-0050

---

[1] The Moving Defendants are: Defendants Cardinal Health, Inc., Cardinal Health 108, LLC, Cardinal Health, 110, LLC, Cardinal Health 112, LLC, Cardinal Health 113, LLC, Cardinal Health 116, LLC, Cardinal Health 200, LLC, Cardinal Health 414, LLC, McKesson Corporation, McKesson Drug Company, LLC, McKesson Medical-Surgical, Inc. and McKesson Medical-Surgical Minnesota Supply, Inc. By joining this Motion, Cardinal Health 108, LLC, Cardinal Health 112, LLC, Cardinal Health 113, LLC, Cardinal Health 116, LLC, Cardinal Health 200, LLC, Cardinal Health 414, LLC do not concede that they are correctly named or that they are proper parties to this action.

Facsimile:     (404) 459-5734
dbauer@bakerlaw.com
cwiech@bakerlaw.com
cwigington@bakerlaw.com

*Counsel for Cardinal Health, Inc., Cardinal Health 108, LLC, Cardinal Health 110, LLC, Cardinal Health 112, LLC, Cardinal Health 113, LLC, Cardinal Health 116, LLC, Cardinal Health 200, LLC Cardinal Health 414, LLC*

**HUNTER, MACLEAN, EXLEY & DUNN, P.C.**

*/s/ John M. Tatum*
John M. Tatum
Georgia Bar No. 699000
200 East Saint Julian Street
Post Office Box 9848
Savannah, Georgia 31412-0048
(912) 236-0261
(912) 236-4936 (facsimile)
Email: jtatum@huntermaclean.com

**KREVOLIN & HORST, LLC**

Halsey G. Knapp, Jr.
Georgia Bar No. 425320
Adam M. Sparks (admission application forthcoming)
Georgia Bar No. 341578
1201 W. Peachtree Street, N.W.
Suite 3250, One Atlantic Center
Atlanta, Georgia 30309
(404) 888-9700
(404) 888-9577 (facsimile)
Email: hknapp@khlawfirm.com
Email: sparks@khlawfirm.com

*Attorneys for McKesson Corporation ; McKesson Drug Company, LLC; McKesson Medical-Surgical, Inc.; and McKesson Medical-Surgical Minnesota Supply, Inc.*

2

4848-2979-5483.1

## CERTIFICATE OF SERVICE

I hereby certify that on June 28, 2019, I caused a copy of the foregoing to be filed electronically through this Court's electronic filing system, and, as such, notice of such filing should be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

June 28, 2019                     /s/ S. Derek Bauer
                                  S. Derek Bauer (*admitted pro hac vice*)
                                  (Georgia Bar No. 042537)